## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| REDIE LEWIS,<br><br>      Plaintiff,<br><br>vs.<br><br>UNNAMED,<br><br>      Defendant. | No. C15-0084-LRR<br><br>**ORDER** |

The matter before the court is the plaintiff's letter, which the clerk's office construed as a complaint. The clerk's office filed such complaint on August 28, 2015. The plaintiff did not submit the required filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee for civil actions, except that on application for a writ of habeas corpus the filing fee is $5.00); 28 U.S.C. § 1915 (explaining in forma pauperis proceedings). Further, the plaintiff's letter is not sufficient to commence an action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Consequently, the court is unsure what type of action, if any, that the plaintiff is trying to commence. In light of the foregoing, this action is dismissed without prejudice.

    **IT IS SO ORDERED**

    **DATED** this 31st day of August, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA